**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**


| | | |
|---|---|---|
| **GUILLERMO LOPEZ, AYLIN GONZALEZ,** | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **MO:26-CV-00049-DC** |
| | § | |
| **JUAN IGNACIO BONILLA,  ARI FLEET LT,  NPK ACCESS SOLUTIONS, LLC,** | § | |
| *Defendants.* | § | |

## <u>ORDER</u>

BEFORE THE COURT is the report and recommendation from United States Magistrate Judge Ronald C. Griffin concerning Defendant Ari Fleet LT's Motion to Set Aside Default Judgment.[1] Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge issued his report and recommendation on May 5, 2026.[2]

28 U.S.C. § 636(b) permits a party to serve and file written objections to a magistrate judge's proposed findings or recommendations within fourteen days after being served with a copy of the report and recommendations. The Court will review *de novo* the portions of the report and recommendations objected thereto. When no objections are timely filed, the Court need only review the magistrate judge's report and recommendation for clear error.[3]

---

[1] Doc. 10.

[2] Doc. 18.

[3] Fed. R. Civ. P. 72 advisory committee's note.

Because no party in this case has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** the report and recommendation of the United States Magistrate Judge is **ADOPTED**. Defendant Ari Fleet's Motion to Set Aside Default Judgment is **GRANTED**. The Order Granting Default Judgment against Ari Fleet entered on November 13, 2025, is set aside and **VACATED**.

The Court **ORDERS** Defendant Ari Fleet to file a responsive pleading to the complaint **within 10 days of the entry of this order**.

It is so **ORDERED**.

SIGNED this 21st day of May, 2026.

DAVID  COUNTS
UNITED STATES DISTRICT JUDGE